Opinion by Willson, J.

## WOMACK v. THE STATE.

Appeal from Erath county.

*Confessions.*—As affecting confessions, the general rule is, and it is applicable to all cases, that the confessions shall have been voluntarily made without the appliances of hope or fear by any other person. The accused having agreed to turn State's evidence against a confederate, and detailed matters which tended to connect himself with the offense, subsequently refused to testify against his confederate and repudiated his agreement with district attorney and denied that he made the statements imputed to him by the district attorney and the witness H. The witness H. was permitted to testify

to the statements. HELD: That the test was, was the accused indu- ced to make the statement by promise or hope of immunity held out to him by H. as the testimony shows? If so, no bad faith on the part of accused will qualify witness H. to detail his statements be- fore the jury. Again, even had it been proper to admit this evi- dence, it and the other evidence was insufficient to show a guilty complicity of the accused in the taking. Reversed and remanded.

Opinion by White, P. J.